FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2013 JUN 12 PM 12:38
WILLIAM W. BLEVINS
CLERK

United States District Court
Eastern District of Louisiana

Lawrence E. Banks · Barbara M. Banks

vs.   **13-4780**

Dana Boente, U.S. Attorney General, Eastern District
Ronald C. Machen, Jr., U.S. Attorney General, Washington D.C.
Commissioner of Internal Revenue Service

**SECT. H MAG. 1**

1. We are residents of New Orleans, Louisiana. Thus we fall under the jurisdiction of the United States District Court, Eastern District.

2. Per this matter, we are filing suit against the aforementioned parties: the U.S. Attorney General, Washington, D.C.; U.S. Attorney General, Eastern District of Louisiana; and Commissioner of the Internal Revenue Service. This suit involves the denial of taxpayers request for a personal property casualty deduction by the Internal Revenue Service via Hurricane Katrina, tax year ending 2005.

Fee 400
✓ Process
X Dktd
___ CtRmDep
Doc.No.

3. We are filing suit relative to the inaction of the IRS auditor per the audit of 1/9/09 (IRS Form 886A). The inaction and subsequent denial of the personal property casualty deduction mandated the taxpayer to pay additional taxes and interest which may not have been warranted. IRS auditor was in possession of the necessary information.

Secondarily, we are filing suit to challenge the validity of the determination made by the IRS auditor per the next review of 6/17/2011.

Thirdly, we are filing suit to challenge the validity of the determination made by the IRS per the appellate review process which was completed as of 6/7/2012.

We followed all of the administrative guidelines delineated by the IRS for resolution of our claim for a personal property casualty deduction per Hurricane Katrina, August 29, 2005.

4. We are seeking a determination from the Court relative to the issue of the IRS protocol for ascertaining personal property casualty deductions when records have been destroyed, via catastrophe events (ie., floods, fires, etc.). Taxpayers have not been able to ascertain this information, nor has the IRS offered information per the aforesaid.

In accordance with the aforementioned paragraph, we are seeking an order from the Court to mandate the IRS to enforce IRS laws/policies relative to the issues of basis, adjustment to basis and capital improvements. A comprehensive review of the factors in paragraphs (1) and (2) would serve to answer the personal property casualty deduction question.

We are asking the Court to mandate a refund of monies plus interest paid to the IRS, if a comprehensive review discerns that the taxpayers qualify for a personal property casualty deduction per tax year 2005, Hurricane Katrina.

We reserve the right to amend this complaint upon retention and consultation of an attorney.

June 12, 2013

*Lawrence E. Banks*
LAWRENCE E. BANKS

*Barbara M. Banks*
BARBARA M. BANKS
4957 Chantilly Drive
New Orleans, La. 70126
(504) 267-5559